**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000355
14-JUL-2015
08:02 AM**

NO. CAAP-15-0000355

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

PNC BANK, NATIONAL ASSOCIATION, Plaintiff-Appellee,
v.
KEVIN L. HILL, Defendant-Appellant,
and
KIMBERLY C. HILL, WELLS FARGO BANK, N.A.,
LEILANI COMMUNITY ASSOCIATION, a Hawaii Non-Profit Corporation,
STATE OF HAWAI'I, DEPARTMENT OF TAXATION, DISCOVER BANK,
a Delaware Corporation, UNITED STATES OF AMERICA,
Defendants-Appellees,
and
JOHN DOES 1-50, JANE DOES 1-50,
DOE PARTNERSHIPS 1-50, DOE CORPORATIONS 1-50,
DOE ENTITIES 1-50, and DOE GOVERNMENTAL UNITS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 12-1-0323)

ORDER DISMISSING THE APPEAL
(By: Nakamura, C.J., Foley and Fujise, JJ.)

Upon review of the record, it appears that:

(1) On April 20, 2015, Defendant-Appellant Kevin L. Hill (Appellant), pro se, filed a notice of appeal;

(2) On April 21, 2015, the circuit court clerk filed a notice indicating Appellant did not pay the filing fee and she provided Appellant with a motion to proceed in forma pauperis on April 20, 2015;

(3) On June 23, 2015, the appellate clerk notified Appellant that the time to docket the record on appeal expired on June 19, 2015, the filing and docketing fees had not been paid, the record on appeal cannot be prepared without the fees or an order allowing Appellant to proceed in forma pauperis, the matter would be called to the court's attention on July 3, 2015, for appropriate action, which may include dismissal, and that Appellant may file a motion requesting relief from default;

(4) Appellant took no further action in this appeal; and

(5) An appeal may be dismissed where the record on appeal has not been prepared because the appellant failed to pay the required fees or obtain an order allowing the appellant to proceed in forma pauperis. Hawai'i Rules of Appellate Procedure Rule 11(b)(2), (c)(2).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

Dated: Honolulu, Hawai'i, July 14, 2015.

Chief Judge

Associate Judge

Associate Judge